| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| REMO G; TABELLO   SBN 96775<br>835 WILSHIRE BLVD.  #400<br>LOS ANGELES, CA 90017<br><br>Tel:  (213) 629 4037<br>Fax: (213) 23 0095<br><br>windsorrtistmgmt@gmail.com<br><br><br>☐ *Respondent appearing without attorney*<br>☐ *Attorney for Respondent:* | **FILED**<br>**DEC 0 5 2017**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                        Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA · LOS ANGELES DIVISION

| In re:<br>JULIAN D. DOMINGO | CASE NO.: 2:17-bk-23975-WB<br>CHAPTER: 13 |
|---|---|
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: 12/05/2017<br>TIME: 10:00 a.m.<br>COURTROOM: 1375<br>PLACE:  255 E Temple Street, Los Angeles, CA 90012 |
| Debtor(s). | |

**Movant:** Aegis Asset Backed Securities, LLC

**Respondent:**  ☒ Debtor    ☐ trustee    ☐ other:

NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:

A copy of the Response, exhibit(s)  and declaration(s) must be served upon:

(1)  Movant's attorney (or Movant, if Movant does not have an attorney);

(2)  the trustee; and

(3)  the judge who presides over this bankruptcy case.

Then the document must be filed with the court.

1.  ☐  **NONOPPOSITION**
The Respondent does not oppose the granting of the Motion.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2014                                    Page 1                        F 4001-1.RFS.RESPONSE

2. ☐ **LIMITED OPPOSITION**

   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay.  Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

   The Debtor:
   (1) ☐ has no knowledge of the Property.
   (2) ☐ has no interest in the Property.
   (3) ☐ has no actual possession of the Property.
   (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time.  Evidence of a pending loan modification is attached as Exhibit _____.

3. ☐ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

   (1) ☐ Not all of the required parties were served.
   (2) ☐ There was insufficient notice of the hearing.
   (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☐ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

   (1) ☒ The value of the Property is $ 875,000.00 _____, based upon (*specify*):

   (2) ☒ Total amount of debt (loans) on the Property is $ 650,000.00 _____.

   (3) ☐ More payments have been made to Movant than the Motion accounts for.  True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments.  A true and correct copy of the loan modification agreement is attached as Exhibit _____.

   (5) ☒ The Property is necessary for an effective reorganization.  Respondent filed or intends to file a plan of reorganization that requires use of the Property.  A true and correct copy of the plan is attached as Exhibit _____.

   (6) ☒ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current.  A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

   (7) ☒ The Property is insured.  Evidence of current insurance is attached as Exhibit _____.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 2                        F 4001-1.RFS.RESPONSE

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☒ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☐ Other (specify):

c. ☐ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ____ to chapter ____.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☒ The Debtor has equity in the Property in the amount of $ 225,000.00                          .

(5) ☒ Movant has an equity cushion of $ 225,000.00                     or _____% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because (specify):  .

(7) ☐ The motion should be denied because (specify):

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor                    ☒ Declaration by the Debtor's attorney
☐ Declaration by trustee                          ☐ Declaration by trustee's attorney
☐ Declaration by appraiser                       ☐ Other (specify): Debtor

Date:  12/04/2017

Law Offices of Remo G. Tabello
_____
Printed name of law firm for Respondent (if applicable)

Remo G. Tabello, Esq.
_____
Printed name of individual Respondent or attorney for Respondent

_____
Signature of individual Respondent or attorney for Respondent

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 3                          F 4001-1.RFS.RESPONSE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Law Offices of Julian Bach
7911 Warner Avenue
Huntington Beach, CA 92647

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| /2-4-17 | Remo G. Tabello | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                            Page 4                                    **F 4001-1.RFS.RESPONSE**

DECLARATION OF JULIAN DOMINGO

I, JULIAN DOMINGO Declare:

I am the debtor in the within bankruptcy case. As to the stated facts set forth herein, I have personal knowledge as to the facts set forth on information and belief, if any, I believe to be true.

1. My opinion of value of the property is located 11511 Banyon Rim Drive, Whitter, Ca 90601. With encumbrance totaling $650,000. Accordingly, with a value of the PROPERTY of approximately $875,000, there is clearly sufficient equity cushion so that the creditor's financial interest will not be at risk as a result of the automatic stay.

2. My opinion is based upon my knowledge of the neighborhood and the comparable sales set forth in the Orange Coast Title Company report.

3. The property is listed for the sale with Berkshire Hathaway with an asking price of $875,000 and is presently an offer to purchase in an amount of offer $875,000.

4. If I am not granted more time to complete the sale presently pending, I will lose the opportunity for selling the property and not realizing the benefits of years of my work, saving and investment.

I DECLARE under penalty of perjury under the laws of the State of California and the laws of the USA that the foregoing is true and correct.

Executed at Los Angeles, California on December  , 2017

JULIAN DOMINGO

DECLARATION OF REMO TABELLO

I, REMO G. TABELO Declare:

I am an attorney licensed to practice before all courts in the State of California, and I have been engaged by Julian D. Domingo, ("DEBTOR" to appear at this hearing, and if warranted thereafter, to represent him in this matter. As to the facts set forth herein, I have personal knowledge.

1. I was engaged by DEBTOR for the purpose of attempting to acquire additional time in to which resolve all the issues that are now detrimentally affecting him.

2. In this matter, the creditor is fully secured by virtue of the value of the subject real property located at 713 W. Colden Ave, Los Angeles, California, 90044, (the "PROPERTY).

3. Attached hereto as Exhibit "A" is a true and correct copy of relevant portions of a Property Profile provided by Orange Coast Title Company. To be noted is the section on Sales Comparable, reflecting an average value in the nearby neighborhood of approximately $350,000, with a high value of $760,000.00.

4. Of note on Exhibit "A", is the minimum bid of $270, 463, (listed is item 2, Subject Property History,. section. Accordingly, with a value of the PROPERTY of approximately $425,000.00, with encumbrances totaling $345,000 there is clearly sufficient equity cushion so that creditor's financial interest will not be at risk as a result of the automatic stay.

5. Accordingly, as creditor is fully secured, DEBTOR respectfully requests that this Motion be denied, or in the alternative, to be continue to allow DEBTOR sufficient time to sell the PROPERTY

I DECLARE under penalty of perjury under the laws of the State of California that the foregoing is true and correct. *and the Law I do USA*

Executed at Los Angeles, California on December , 2017

REMO G. TABELLO, Esq.

# PROPERTY PROFILE

**11511 BANYAN RIM DR, WHITTIER, CA 90601**
**APN: 8125-048-019**

   

# Ron Sampson

**Dilbeck Real Estate**
**303 North Glenoaks Blvd., Suite L-110, Burbank, CA 91502**



**TITLE COMPANY** *of Southern California*

Our Title Products are proudly prepared for you in the
United States providing jobs for Americans.

## WWW.OCTITLE.COM

Compliments of:  Mike DeGrandis & Lisa Matzner

This title information has been furnished free of charge by Orange Coast Title Company in conformance with the rules established by the California Insurance Commiss-
ioner, who urges you to shop for the best service available and compare title insurance and other services associated with the purchase or sale of a home. The information con
tained herein is not a complete statement or representation of the status of title to the property in question and assurances are made liability assumed as to the accuracy
thereof. If you wish protection against loss with respect to the status of title, you should obtain a commitment, binder or policy of title insurance.

# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| **Primary Owner :** | 3424 CORTEZ LLC, |
| **Secondary Owner :** | DOMINGO, JULIAN D |
| **Site Address :** | 11511 BANYAN RIM DR |
| | WHITTIER, CA 90601-1783 |
| **Mailing Address :** | 11511 BANYAN RIM DR |
| | WHITTIER, CA 90601 |
| **Assessor Parcel Number :** | 8125-048-019 |
| **Census Tract :** | 5003.00 |
| **Housing Tract Number :** | 29956 |
| **Lot Number :** | 42 |
| **Page Grid :** | - |
| **Legal Description :** | Lot: 42   ; Tract No: 29956   ; Abbreviated Description: LOT:42 |
| | TR#:29956   *TR=29956 LOT 42 |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms :** | 3 | **Year Built :** | 1984 | **Square Feet :** | 3218 |
| **Bathrooms :** | 3.0 | **Garage :** | N/A | **Lot size :** | 7532 SF |
| **Partial Bath :** | 0 | **Fireplace :** | N/A | **Number of Units :** | 1 |
| **Total Rooms :** | 0 | **Pool/Spa :** | N | **Use Code :** | Single Family Residential |
| **Zoning :** | LCR110000* | | | | |

## Sale Information

| | | | |
|---|---|---|---|
| **Transfer Date :** | 10/05/2016 | **Document # :** | 16-1220818 |
| **Transfer Value :** | $660,000 | **Cost/Sq Feet :** | $ 205 |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| **Assessed Value :** | $660,000 | **Tax Amount :** | $8,108.36 |
| **Land Value :** | $360,000 | **Tax Status :** | Delinquent:2016 |
| **Improvement Value :** | $300,000 | **Tax Rate Area :** | 8-600 |
| **Percent Improvement :** | 45 % | **Homeowner Exemption :** | N |

Data Deemed Reliable. But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
12/04/2017 14:58:44 PM                                                                 Customer Service Rep:    Liz Chavarria

**BJECT PROPERT** **STOR**

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 11/13/2017 | Document #: | 17-1301806 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Price as "0", "None", "No |
| Lender Name: | | | |
| Buyer Name: | 3424 CORTEZ LLC, ; DOMINGO, JULIAN D | | |
| Buyer Vesting: | | | |
| Sell Name: | 3424 CORTEZ LLC, | | |
| Legal: | LOT:42 TR#:29956 MAP REF:MB902 PG23-27 | | |
| City/Muni/Twp: | WHITTIER | | |

## Foreclosure

| | | | |
|---|---|---|---|
| Recording Date: | 10/24/2017 | Document #: | 17-1215693 |
| Mortgage Doc: | 16-1220819 | Document Type: | Notice of Sale (aka Notice of Trustee's |
| Auction | 400 CIVIC CENTER PLZ | | |
| Lender Name: | 11/15/2017 1000A | | |
| Auction Min | $655,090 | | |
| Delinq $: | | | |
| Unpaid $: | | | |
| As Of: | | | |

## Foreclosure

| | | | |
|---|---|---|---|
| Recording Date: | 07/19/2017 | Document #: | 17-0805586 |
| Mortgage Doc: | 16-1220819 | Document Type: | Notice of Default |
| Truster Name: | 3424 CORTEZ LLC, | TS #: | |
| Lender Name: | AEGIS ASSET BACKED SECURITIES | | |
| Mailing | 1780 TOWN & COUNTRY DR 105 NORCO CA 92860   Phone #:951-270-0164 | | |
| C/O: Attn | RESS FINANCIAL | | |
| Delinq $: | $16,368       Unpaid $: | | |
| As Of: | 07/18/2017 | | |
| Beneficiary | AEGIS ASSET BACKED SECURITIES LLC | | |

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 12/15/2016 | Document #: | 16-1594972 |
| Loan Amount: | $33,840 | Loan Type: | Unknown |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | KESWICK FINANCIAL GROUP INC | | |
| Lender Type: | N | | |
| Buyer Vesting: | 3424 CORTEZ LLC, | | |
| Vesting: | | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 10/05/2016 | Document #: | 16-1220818 |
| Price: | $660,000 | Document Type: | Grant Deed |
| First TD: | $594,000 | Type of Sale: | Sales Price Rounded from Tax |
| Lender Name: | AEGIS ASSET BACKED SECURITIES | | |
| Buyer Name: | 3424 CORTEZ LLC, | | |
| Buyer Vesting: | | | |
| Sell Name: | PAULO, JOSEPHINE Q; THE PAULO REVOCABLE LIVING TRUST, | | |
| Legal: | LOT:42 TR#:29956 MAP REF:MB902 PG23-27 | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
12/04/2017 14:58:44 PM                                                                Customer Service Rep: Liz Chavarria

City/Muni/Twp:    WEST COVINA

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 05/02/2007 | Document #: | 07-1059661 |
| Loan Amount: | $600,600 | Loan Type: | J |
| TD Due Date: | 05/01/2037 | Type of Financing: | |
| Lender Name: | WORLD SAVINGS BANK FSB | | |
| Lender Type: | Bank | | |
| Buyer Vesting: | PAULO,CONRAD B; | | |
| Vesting: | Revocable Living Trust | | |

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 06/27/2006 | Document #: | 06-1411813 |
| Loan Amount: | $50,000 | Loan Type: | Credit Line (Revolving) |
| TD Due Date: | | Type of Financing: | VAR |
| Lender Name: | UNION BANK OF CALIFORNIA NA | | |
| Lender Type: | Bank | | |
| Buyer Vesting: | PAULO,CONRAD B; | | |
| Vesting: | Revocable Living Trust | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 03/30/2005 | Document #: | 05-0732434 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | | | |
| Buyer Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q | | |
| Buyer Vesting: | Revocable Living Trust | | |
| Sell Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q | | |
| Legal: | LOT:42 CITY:WHITTIER TR#:29956 MAP REF:MB902 PG23-27 | | |
| City/Muni/Twp: | WHITTIER | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 03/29/2005 | Document #: | 05-0714649 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | $547,500 | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | WORLD SAVINGS BANK FSB | | |
| Buyer Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q | | |
| Buyer Vesting: | Joint Tenancy | | |
| Sell Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q | | |
| Legal: | LOT:42 CITY:WHITTIER TR#:29956 MAP REF:MB902 PG23-27 | | |
| City/Muni/Twp: | WHITTIER | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 06/17/2003 | Document #: | 03-1715288 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Non-Arms Length Transfer |
| Lender Name: | | | |
| Buyer Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q | | |
| Buyer Vesting: | Revocable Living Trust | | |
| Sell Name: | PAULO, JOSEPHINE Q | | |
| Legal: | LOT:42 CITY:WHITTIER TR#:29956 MAP REF:MB902 PG23-27 | | |
| City/Muni/Twp: | WHITTIER | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
12/04/2017 14:56:44 PM                                                              Customer Service Rep: Liz Chavarria

## Prior Transfer

| | |
|---|---|
| Recording Date: | 06/16/2003 |
| Price: | |
| First TD: | $450,000 |
| Lender Name: | LIBERTY AMERICAN MORTGAGE |
| Buyer Name: | PAULO, JOSEPHINE Q |
| Buyer Vesting: | Married Woman as her sole |
| Sell Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q |
| Legal: | LOT:42 CITY:WHITTIER TR#:29956 MAP REF:MB902 PG23-27 |
| City/Muni/Twp: | WHITTIER |

| | |
|---|---|
| Document #: | 03-1701249 |
| Document Type: | Intrafamily Transfer & Dissolution |
| Type of Sale: | Non-Arms Length Transfer |

## Prior Transfer

| | |
|---|---|
| Recording Date: | 11/14/2002 |
| Price: | |
| First TD: | |
| Lender Name: | |
| Buyer Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q |
| Buyer Vesting: | Joint Tenancy |
| Sell Name: | PAULO, CONRAD |
| Legal: | LOT:42 TR#:29956 MAP REF:MB902 PG23-27 |
| City/Muni/Twp: | WHITTIER |

| | |
|---|---|
| Document #: | 02-2744736 |
| Document Type: | Intrafamily Transfer & Dissolution |
| Type of Sale: | Non-Arms Length Transfer |

## Prior Transfer

| | |
|---|---|
| Recording Date: | 07/01/2002 |
| Price: | |
| First TD: | |
| Lender Name: | |
| Buyer Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q |
| Buyer Vesting: | Revocable Living Trust |
| Sell Name: | PAULO, CONRAD B; PAULO, JOSEPHINE Q |
| Legal: | LOT:42 TR#:29956 MAP REF:MB902 PG23-27 |
| City/Muni/Twp: | WHITTIER |

| | |
|---|---|
| Document #: | 02-1490314 |
| Document Type: | Intrafamily Transfer & Dissolution |
| Type of Sale: | Non-Arms Length Transfer |

## Prior Transfer

| | |
|---|---|
| Recording Date: | 10/23/2001 |
| Price: | |
| First TD: | $380,000 |
| Lender Name: | INDYMAC BANK FSB |
| Buyer Name: | PAULO, CONRAD |
| Buyer Vesting: | Married Man as his sole and |
| Sell Name: | PAULO, CONRAD B; PAULO, JOSEPHINE O |
| Legal: | LOT:42 TR#:29956 MAP REF:MB902 PG23-27 |
| City/Muni/Twp: | WHITTIER |

| | |
|---|---|
| Document #: | 01-2015538 |
| Document Type: | Intrafamily Transfer & Dissolution |
| Type of Sale: | Non-Arms Length Transfer |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
12/04/2017 14:58:44 PM                                                                      Customer Service Rep: Liz Chavarria

# SALES COMPARABLES

## Criteria Selected:

Searched by Radius: 1 miles
Minimum Area: 2,574 SqFt.          Maximum Area: 3,861 SqFt.
Maximum Bathrooms: 4               Minimum Bathrooms: 2
Maximum Bedrooms: 4               Minimum Bedrooms: 2
Pool: All
Land Use: Same as Subject
Date Range: 06/07/2017 to 12/04/2017

## Area Sales Analysis

|                   | Low       | Median    | High        |
|-------------------|-----------|-----------|-------------|
| Bedrooms:         | 3         | 3         | 4           |
| Baths:            | 2         | 3         | 4           |
| Lot Size:         | 9,314     | 17,335    | 29,501      |
| Living Area (SqFt): | 2,707   | 3,145     | 3,496       |
| Sale Price:       | $680,000  | $885,000  | $1,034,640  |
| Year Built:       | 1928      | 1968      | 1986        |
| Age:              | 31        | 48        | 89          |

## Subject Property

| Sale Date: | 10/05/2016 | Year Built:   | 1984  | Price: | $660,000 | Pool:    | N     |
|------------|------------|---------------|-------|--------|----------|----------|-------|
| Lot Size:  | 7,532 SF   | Square Feet:  | 3,218 | $/SF:  | $205     | BR/Bth:  | 3/3.0 |

## Comparable Sales Data

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 1 | 11937 RUSTIC HILL DR WHITTIER, CA 90601 | 11/07/2017 | $825,000 | $268 | 3,073 | 4/3 | 1979 | 10,264 SF | N/A |

Owner: JESSICA J GONZALEZ RANGEL          Seller: MARGARITA HOLGUIN, THE ROBERT
APN: 8125-043-043          Document #: 17-1279492
Legal: Lot:72 Tract No:30991 Map Ref:MB890 PG72-76 City/Muni/Twp:WHITTIER
Land Use: Single Family Residential          Located approximately 0.41 miles from subject property.

| 2 | 11707 RIDGEGATE DR WHITTIER, CA 90601 | 11/03/2017 | $815,000 | $253 | 3,218 | 4/3 | 1986 | 9,314 SF | N/A |

Owner: ANA A MARTIN, JOEL MARTIN          Seller: SHAHE GUIRAGOSSIAN, ARTI
APN: 8125-046-017          Document #: 17-1269927
Legal: Lot:20 Tract No:33198 Map Ref:MB902 PG18-22
Land Use: Single Family Residential          Located approximately 0.27 miles from subject property.

| 3 | 11508 BANYAN RIM DR WHITTIER, CA 90601 | 11/07/2017 | $945,000 | $293 | 3,218 | 3/3 | 1984 | 24,407 SF | P |

Owner: KEVIN DION SHIRLEY, CRYSTAL ANN          Seller: STEVEN PADILLA, DONNA PADILLA
APN: 8125-052-010          Document #: 17-1281331
Legal: Lot:5 Tract No:29956 Map Ref:MB902 PG23-27
Land Use: Single Family Residential          Located approximately 0.05 miles from subject property.

Data Deemed Reliable. But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.

## Comparable Sales Data

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|------------|----------|------|
| 4 | 11838 N CIRCLE DR WHITTIER, CA 90601 | 11/08/2017 | $1,000,000 | $286 | 3,496 | 3/4 | 1928 | 29,501 SF | N/A |

**Owner:** CARLOS HERNANDEZ, BEATRIZ ANGULO  **Seller:** DAVID R HENKE
**APN:** 8126-020-008  **Document #:** 17-1285588
**Legal:** Lot:62 Subdivision:CITRUS GROVE HEIGHTS Map Ref:MB22 PG86&87City/Muni/Twp:WHITTIER
**Land Use:** Single Family Residential  Located approximately 0.44 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|------------|----------|------|
| 5 | 10312 STRONG AVE WHITTIER, CA 90601 | 08/07/2017 | $1,034,640 | $382 | 2,707 | 3/2 | 1940 | 26,630 SF | N/A |

**Owner:** TRANSAMERICA PREMIER LIFE  **Seller:** PAUL H BENNETT, BEVERLY M BENNETT
**APN:** 8129-012-005  **Document #:** 17-0885758
**Legal:** Lot:52&51 Subdivision:CITRUS GROVE HEIGHTS Map Ref:MB22
**Land Use:** Single Family Residential  Located approximately 0.79 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|------------|----------|------|
| 6 | 5314 ADELE AVE WHITTIER, CA 90601 | 08/16/2017 | $680,000 | $238 | 2,855 | 3/3 | 1958 | 9,805 SF | P |

**Owner:** CHUAUTEMOC ARELLANES, GRISELDA  **Seller:** ADELITA SANCHEZ, DONOVAN SANCHEZ
**APN:** 8129-015-009  **Document #:** 17-0926779
**Legal:** Lot:2&3 Tract No:19964 Map Ref:MB606 PG20City/Muni/Twp:WHITTIER
**Land Use:** Single Family Residential  Located approximately 0.78 miles from subject property.

## Market Summary

| No. | Address | Bed | Baths | Page/Grid | SqFt | Doc Num | Price |
|-----|---------|-----|-------|-----------|------|---------|-------|
| 1 | 11937 RUSTIC HILL DR, WHITTIER CA | 4 | 3 | 677-2C | 3,073 | 17-1279492 | $825,000 |
| 2 | 11707 RIDGEGATE DR, WHITTIER CA | 4 | 3 | 677-3C | 3,218 | 17-1269927 | $815,000 |
| 3 | 11508 BANYAN RIM DR, WHITTIER CA | 3 | 3 | - | 3,218 | 17-1281331 | $945,000 |
| 4 | 11838 N CIRCLE DR, WHITTIER CA | 3 | 4 | 677-3B | 3,496 | 17-1285588 | $1,000,000 |
| 5 | 10312 STRONG AVE, WHITTIER CA | 3 | 2 | 677-3A | 2,707 | 17-0885758 | $1,034,640 |
| 6 | 5314 ADELE AVE, WHITTIER CA | 3 | 3 | 677-3A | 2,855 | 17-0926779 | $680,000 |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
12/04/2017 14:58:45 PM  Customer Service Rep.  Liz Chavarria

# PROPERTY PROFILE

**713 W COLDEN AVE, LOS ANGELES, CA 90044**
**APN: 6039-008-026**

   

# Ron Sampson

**Dilbeck Real Estate**
**303 North Glenoaks Blvd., Suite L-110, Burbank, CA 91502**



**ORANGE COAST TITLE COMPANY** *of Southern California*

Our Title Products are proudly prepared for you in the
United States providing jobs for Americans.

**WWW.OCTITLE.COM**

Compliments of:  Mike DeGrandis & Lisa Matzner

This title information has been furnished free of charge by Orange Coast Title Company in conformance with the rules established by the California Insurance Commiss-
ioner, who urges you to shop for the best service available and compare title insurance and other services associated with the purchase or sale of a home. The information con
tained herein is not a complete statement or representation of the status of title to the property in question and assurances are made liability assumed as to the accuracy
thereof. If you wish protection against loss with respect to the status of title, you should obtain a commitment, binder or policy of title insurance.



# PROPERTY PROFILE

## Property Information

| | |
|---|---|
| **Primary Owner :** | 3424 CORTEZ LLC, |
| **Secondary Owner :** | DOMINGO, JULIAN D |
| **Site Address :** | 713 W COLDEN AVE |
| | LOS ANGELES, CA 90044-4707 |
| **Mailing Address :** | 11511 BANYAN RIM DR |
| | WHITTIER, CA 90601 |
| **Assessor Parcel Number :** | 6039-008-026 |
| **Census Tract :** | 2404.01 |
| **Housing Tract Number :** | N/A |
| **Lot Number :** | 249 |
| **Page Grid :** | 704-B4 |
| **Legal Description :** | Lot: 249   ; Abbreviated Description: LOT:249   SUNNY SIDE W 20 FT OF S 108 FT OF LOT 249 AND E 18 FT OF S 108 FT OF LOT 250 |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| **Bedrooms :** | 2 | **Year Built :** | 1923 | **Square Feet :** | 895 |
| **Bathrooms :** | 1.0 | **Garage :** | N/A | **Lot size :** | 4103 SF |
| **Partial Bath :** | 0 | **Fireplace :** | N/A | **Number of Units :** | 1 |
| **Total Rooms :** | 0 | **Pool/Spa :** | N | **Use Code :** | Single Family Residential |
| **Zoning :** | LAC2 | | | | |

## Sale Information

| | | | |
|---|---|---|---|
| **Transfer Date :** | 12/20/2016 | **Document # :** | 16-1619136 |
| **Transfer Value :** | $260,000 | **Cost/Sq Feet :** | $ 290 |

## Assessment/Tax Information

| | | | |
|---|---|---|---|
| **Assessed Value :** | $260,000 | **Tax Amount :** | $3,518.98 |
| **Land Value :** | $200,000 | **Tax Status :** | Delinquent:2016 |
| **Improvement Value :** | $60,000 | **Tax Rate Area :** | 0-212 |
| **Percent Improvement :** | 23 % | **Homeowner Exemption :** | N |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
12/01/2017 14:51:50 PM                                                            Customer Service Rep: Lori Snizriami



# SUBJECT PROPERTY HISTORY

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 11/13/2017 | Document #: | 17-1301805 |
| Price: | | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | | Type of Sale: | Price as "0", "None", "No |
| Lender Name: | | | |
| Buyer Name: | 3424 CORTEZ LLC, ; DOMINGO, JULIAN D | | |
| Buyer Vesting: | | | |
| Sell Name: | 3424 CORTEZ LLC, | | |
| Legal: | LOT:249&250 SUBD:SUNNY SIDE MAP REF:MB5 PG119&120 | | |
| City/Muni/Twp: | WHITTIER | | |

## Foreclosure

| | | | |
|---|---|---|---|
| Recording Date: | 10/24/2017 | Document #: | 17-1215657 |
| Mortgage Doc: | 16-1619137 | Document Type: | Notice of Sale (aka Notice of Trustee's |
| Auction | 400 CIVIC CENTER PLZ | | |
| Lender Name: | 11/14/2017 1000A | | |
| Auction Min | $270,463 | | |
| Delinq $: | | | |
| Unpaid $: | | | |
| As Of: | | | |

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 07/21/2017 | Document #: | 17-0818840 |
| Loan Amount: | $9,000 | Loan Type: | Unknown |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | IPOLITO RAMOS ETAL | | |
| Lender Type: | Private Party (individual) | | |
| Buyer Vesting: | 3424 CORTEZ LLC, | | |
| Vesting: | | | |

## Foreclosure

| | | | |
|---|---|---|---|
| Recording Date: | 07/19/2017 | Document #: | 17-0805609 |
| Mortgage Doc: | 16-1619137 | Document Type: | Notice of Default |
| Truster Name: | 3424 CORTEZ LLC, | TS #: | |
| Lender Name: | AEGIS ASSET BACKED SECURITIES | | |
| Mailing | 1780 TOWN & COUNTRY DR 105 NORCO CA 92860    Phone #:951-270-0164 | | |
| C/O: Attn | RESS FINANCIAL | | |
| Delinq $: | $7,294        Unpaid $: | | |
| As Of: | 07/18/2017 | | |
| Beneficiary | AEGIS ASSET BACKED SECURITIES LLC | | |

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 05/26/2017 | Document #: | 17-0588167 |
| Loan Amount: | $10,000 | Loan Type: | Unknown |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | FRANCISCO PUERTAS | | |
| Lender Type: | Private Party (individual) | | |
| Buyer Vesting: | 3424 CORTEZ LLC, | | |
| Vesting: | | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
12/01/2017 14:51:51 PM                                                                          Customer Service Rep: Lori Solorzano

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 03/30/2017 | Document #: | 17-0354018 |
| Loan Amount: | $14,000 | Loan Type: | Unknown |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | EDUARDO LOPEZ | | |
| Lender Type: | Private Party (individual) | | |
| Buyer Vesting: | 3424 CORTEZ LLC, | | |
| Vesting: | | | |

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 03/02/2017 | Document #: | 17-0244944 |
| Loan Amount: | $38,000 | Loan Type: | Unknown |
| TD Due Date: | | Type of Financing: | |
| Lender Name: | JAVIER LUNA | | |
| Lender Type: | Private Party (individual) | | |
| Buyer Vesting: | 3424 CORTEZ LLC, | | |
| Vesting: | | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 12/20/2016 | Document #: | 16-1619136 |
| Price: | $260,000 | Document Type: | Grant Deed |
| First TD: | $243,900 | Type of Sale: | Sales Price Rounded from Tax |
| Lender Name: | AEGIS ASSET BACKED SECURITIES | | |
| Buyer Name: | 3424 CORTEZ LLC, | | |
| Buyer Vesting: | | | |
| Sell Name: | REBERT JR, LLOYD | | |
| Legal: | LOT:249&250 CITY:LOS ANGELES SUBD:SUNNY SIDE MAP REF:MB5 PG119&120 | | |
| City/Muni/Twp: | WHITTIER | | |

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 02/24/2015 | Document #: | 15-0201650 |
| Loan Amount: | $83,446 | Loan Type: | New Conventional |
| TD Due Date: | 03/01/2025 | Type of Financing: | |
| Lender Name: | JPMORGAN CHASE BANK NA | | |
| Lender Type: | Bank | | |
| Buyer Vesting: | REBERT JR,LLOYD | | |
| Vesting: | | | |

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 01/25/2012 | Document #: | 12-0127851 |
| Loan Amount: | $67,967 | Loan Type: | New Conventional |
| TD Due Date: | 12/01/2026 | Type of Financing: | |
| Lender Name: | JPMORGAN CHASE BANK NA | | |
| Lender Type: | Bank | | |
| Buyer Vesting: | REBERT JR,LLOYD | | |
| Vesting: | | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
12/01/2017 14:51:51 PM                                                    Customer Service Rep: Lori Solorzano

## Mortgage

| | | | |
|---|---|---|---|
| Recording Date: | 11/14/2003 | Document #: | 03-3440168 |
| Loan Amount: | $25,000 | Loan Type: | Credit Line (Revolving) |
| TD Due Date: | 11/15/2033 | Type of Financing: | |
| Lender Name: | CHASE MANHATTAN BANK USA NA | | |
| Lender Type: | X | | |
| Buyer Vesting: | REBERT JR,LLOYD | | |
| Vesting: | | | |

## Prior Transfer

| | | | |
|---|---|---|---|
| Recording Date: | 01/19/2001 | Document #: | 01-0101782 |
| Price: | $120,000 | Document Type: | Intrafamily Transfer & Dissolution |
| First TD: | $96,000 | Type of Sale: | 4 |
| Lender Name: | CHASE MANHATTAN MTG CORP | | |
| Buyer Name: | REBERT JR, LLOYD | | |
| Buyer Vesting: | | | |
| Sell Name: | , REBERT, GEORGE TR REBERT FAMILY TRUST | | |
| Legal: | CITY:LOS ANGELES SUNNY SIDE W 20 FT OF S 108 FT OF LOT 249 AND E 18 FT OF S 108 FT OF LOT 250 | | |
| City/Muni/Twp: | LOS ANGELES | | |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their
12/01/2017 14:51:51 PM
Customer Service Print The Subscriber

# SALES COMPARABLES

**Criteria Selected:**

Searched by Radius: 1 miles
Minimum Area: 716 SqFt.
Maximum Bathrooms: 2          Minimum Bathrooms: 0
Maximum Bedrooms: 3           Minimum Bedrooms: 1
Pool: All
Land Use: Same as Subject
Date Range: 06/04/2017 to 12/01/2017

**Area Sales Analysis**

|                        | Low       | Median    | High      |
|------------------------|-----------|-----------|-----------|
| Bedrooms:              | 2         | 2         | 3         |
| Baths:                 | 1         | 1         | 2         |
| Lot Size:              | 1,439     | 4,930     | 8,188     |
| Living Area (SqFt):    | 720       | 919       | 1,050     |
| Sale Price:            | $122,517  | $354,500  | $760,000  |
| Year Built:            | 1909      | 1924      | 1948      |
| Age:                   | 69        | 92        | 108       |

**Subject Property**

| Sale Date: | 12/20/2016 | Year Built:   | 1923 | Price: | $260,000 | Pool: | N |
|------------|------------|---------------|------|--------|----------|-------|---|
| Lot Size:  | 4,103 SF   | Square Feet:  | 895  | $/SF:  | $290     | BR/Bth: | 2/1.0 |

**Comparable Sales Data**

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|------------|----------|------|
| 1 | 816 W 84TH ST<br>LOS ANGELES, CA 90044 | 10/06/2017 | $370,000 | $469 | 788 | 2/1 | 1922 | 8,188 SF | N/A |

Owner: MARQUIN HOMES LLC            Seller: JUANA GAMEZ MARTINEZ
APN: 6032-011-001                   Document #: 17-1149906
Legal: Lot:1 Tract No:5466 Map Ref:MB58 PG47City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential        Located approximately 0.88 miles from subject property.

| 2 | 210 W 86TH PL<br>LOS ANGELES, CA 90003 | 11/09/2017 | $559,000 | $759 | 736 | 2/2 | 1911 | 4,320 SF | N/A |

Owner: ALFREDO E XUNCAX MENDEZ, ALFREDO   Seller: ARIXA FUND II LLC
APN: 6040-015-004                   Document #: 17-1292119
Legal: Lot:21 Block:B Subdivision:GOODFELLOWS TRACT Map Ref:MB16 PG51City/Muni/Twp:LOS ANGELES
Land Use: Single Family Residential        Located approximately 0.92 miles from subject property.

| 3 | 242 W 88TH ST<br>LOS ANGELES, CA 90003 | 11/03/2017 | $321,000 | $395 | 812 | 2/1 | 1910 | 4,815 SF | N/A |

Owner: MARIA A MONTOYA               Seller: FLORENTINO TORO
APN: 6040-023-009                   Document #: 17-1266716
Legal: Lot:50 Tract No:346 Map Ref:MB15 PG170
Land Use: Single Family Residential        Located approximately 0.78 miles from subject property.

## Comparable Sales Data

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 161 W 92ND ST<br>LOS ANGELES, CA 90003 | 10/24/2017 | $760,000 | $723 | 1,050 | 2/2 | 1909 | 5,200 SF | N/A |

**Owner:** JOANNE J LEE     **Seller:** CASA REAL PROPERTIES LLC
**APN:** 6040-036-001     **Document #:** 17-1217465
**Legal:** Lot:24 Subdivision:WESTLAND TRACT Map Ref:MP13 PG61City/Muni/Twp:LOS ANGELES
**Land Use:** Single Family Residential     Located approximately 0.71 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 9026 S BUDLONG AVE<br>LOS ANGELES, CA 90044 | 11/03/2017 | $355,000 | $390 | 910 | 2/1 | 1937 | 4,503 SF | N/A |

**Owner:** MARTIN AMAYA, IGNACIA AMAYA     **Seller:** IVAN TIMOTHY GAMBLE
**APN:** 6047-015-040     **Document #:** 17-1270082
**Legal:** Lot:36 Subdivision:THE GRIDER & HAMILTONS SUNNYSIDE Legal Unit:2 Map Ref:MB6
**Land Use:** Single Family Residential     Located approximately 0.61 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 139 E CENTURY BLVD<br>LOS ANGELES, CA 90003 | 11/07/2017 | $369,000 | $383 | 962 | 2/1 | 1910 | 4,301 SF | N/A |

**Owner:** JUAN ROSALES, JOSE VIERA     **Seller:** ANGELENO HOMES LLC
**APN:** 6052-001-022     **Document #:** 17-1278621
**Legal:** Lot:129 Tract No:6602 Map Ref:MB70 PG81City/Muni/Twp:LOS ANGELES
**Land Use:** Single Family Residential     Located approximately 0.90 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 127 E COLDEN AVE<br>LOS ANGELES, CA 90003 | 10/26/2017 | $328,000 | $366 | 894 | 3/1 | 1922 | 5,624 SF | N/A |

**Owner:** M3 DEVELOPMENT LLC     **Seller:** MARIA MARROQUIN
**APN:** 6052-005-025     **Document #:** 17-1230652
**Legal:** Lot:28 Tract No:4876 Map Ref:MB54 PG7City/Muni/Twp:LOS ANGELES
**Land Use:** Single Family Residential     Located approximately 0.84 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 613 W 99TH ST<br>LOS ANGELES, CA 90044 | 10/06/2017 | $385,000 | $471 | 816 | 2/1 | 1925 | 5,398 SF | N/A |

**Owner:** YVONNE C MYRIE ROBINSON, TATLINE     **Seller:** OKEY O NWACHUKU, MARIA I NWACHUKU
**APN:** 6054-023-018     **Document #:** 17-1151105
**Legal:** Lot:92 Subdivision:SUNNYSIDE Map Ref:MB5 PG119&120City/Muni/Twp:LOS ANGELES
**Land Use:** Single Family Residential     Located approximately 0.23 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 637 W 99TH ST<br>LOS ANGELES, CA 90044 | 09/28/2017 | $354,000 | $377 | 938 | 2/1 | 1925 | 5,392 SF | N/A |

**Owner:** CHRIS JONES, ANGELA WOODS     **Seller:** LAFAYETTE WILLIAMS JR
**APN:** 6054-023-024     **Document #:** 17-1112152
**Legal:** Lot:92 Subdivision:SUNNYSIDE Map Ref:MB5 PG119&120City/Muni/Twp:LOS ANGELES
**Land Use:** Single Family Residential     Located approximately 0.20 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 444 W COLDEN AVE<br>LOS ANGELES, CA 90003 | 10/13/2017 | $237,000 | $251 | 943 | 2/1 | 1929 | 1,439 SF | N/A |

**Owner:** VANESSA DENISE BAILEY     **Seller:** KIRAN BHOLAT
**APN:** 6054-029-044     **Document #:** 17-1175698
**Legal:** Lot:12 Tract No:4413 Map Ref:MB51 PG58City/Muni/Twp:LOS ANGELES
**Land Use:** Single Family Residential     Located approximately 0.31 miles from subject property.

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 1455 W 98TH ST<br>LOS ANGELES, CA 90047 | 10/12/2017 | $275,000 | $357 | 769 | 2/1 | 1926 | 3,405 SF | N/A |

**Owner:** MORGAN PICKS TWO LLC     **Seller:** BLANCA L HERNANDEZ
**APN:** 6055-012-050     **Document #:** 17-1167230
**Legal:** Lot:34 Tract No:5292 Map Ref:MB56 PG39&40
**Land Use:** Single Family Residential     Located approximately 0.86 miles from subject property.

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
12/01/2017 14:51:51 PM     Customer Service Rep:   Lori Solorzano

## Comparable Sales Data

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 12 | 9811 S BUDLONG AVE<br>LOS ANGELES, CA 90044 | 10/12/2017 | $325,000 | $323 | 1,005 | 3/2 | 1924 | 1,961 SF | N/A |

| | | |
|---|---|---|
| Owner: | VICTORIA MODELLIN | Seller: ABEL PEREZ, CLARA LUZ PEREZ |
| APN: | 6056-017-048 | Document #: 17-1168369 |
| Legal: | Lot:175 Tract No:3096 Map Ref:MB47 PG63City/Muni/Twp:LOS ANGELES | |
| Land Use: | Single Family Residential | Located approximately 0.54 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 13 | 1245 W 101ST ST<br>LOS ANGELES, CA 90044 | 09/25/2017 | $415,000 | $576 | 720 | 2/1 | 1922 | 5,045 SF | N/A |

| | | |
|---|---|---|
| Owner: | RICARDO MONRROY MURGA, LEONIDES | Seller: CASA REAL PROPERTIES LLC |
| APN: | 6060-002-009 | Document #: 17-1094661 |
| Legal: | Lot:28 Tract No:2752 Map Ref:MP33 PG58City/Muni/Twp:LOS ANGELES | |
| Land Use: | Single Family Residential | Located approximately 0.66 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 14 | 10522 S BUDLONG AVE<br>LOS ANGELES, CA 90044 | 10/06/2017 | $305,000 | $326 | 933 | 2/1 | 1948 | 8,100 SF | N/A |

| | | |
|---|---|---|
| Owner: | SANTANA INVESTORS LLC | Seller: NETTIE TURNER, STEEN FAMILY TRUST |
| APN: | 6060-017-004 | Document #: 17-1148476 |
| Legal: | Lot:72 Subdivision:ORIGINAL SUNNY SIDE TRACT Map Ref:MB7 PG171 | |
| Land Use: | Single Family Residential | Located approximately 0.77 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 15 | 1143 W 102ND ST<br>LOS ANGELES, CA 90044 | 11/03/2017 | $237,500 | $255 | 929 | 2/1 | 1938 | 6,037 SF | N/A |

| | | |
|---|---|---|
| Owner: | ARSINE SHIRVANIAN | Seller: GARY DENNIS RIDGLE, MAZELL PARKER |
| APN: | 6060-025-020 | Document #: 17-1269516 |
| Legal: | Lot:93 Tract No:2752 Map Ref:MB33 PG58City/Muni/Twp:LOS ANGELES | |
| Land Use: | Single Family Residential | Located approximately 0.57 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 16 | 834 W 106TH ST<br>LOS ANGELES, CA 90044 | 10/13/2017 | $420,000 | $444 | 944 | 2/2 | 1923 | 4,802 SF | N/A |

| | | |
|---|---|---|
| Owner: | PAUL LOGAN III, CARMEN L LOGAN | Seller: CANDIDA PORTILLO, JUAN JOSE PORTILLO |
| APN: | 6061-005-004 | Document #: 17-1175943 |
| Legal: | Lot:13 Block:4 Tract No:6110 Map Ref:MB68 PG59&60City/Muni/Twp:LOS ANGELES | |
| Land Use: | Single Family Residential | Located approximately 0.69 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 17 | 844 W 107TH ST<br>LOS ANGELES, CA 90044 | 10/31/2017 | $400,000 | $388 | 1,030 | 2/1 | 1928 | 4,801 SF | N/A |

| | | |
|---|---|---|
| Owner: | CINDY BEATRIZ SANCHEZ | Seller: REINA DE LOS ANGELES AREVALO |
| APN: | 6061-006-006 | Document #: 17-1245858 |
| Legal: | Lot:10 Block:5 Tract No:6110 Map Ref:MP68 PG59&60City/Muni/Twp:LOS ANGELES | |
| Land Use: | Single Family Residential | Located approximately 0.76 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 18 | 156 E 101ST ST<br>LOS ANGELES, CA 90003 | 10/23/2017 | $303,000 | $315 | 959 | 2/1 | 1947 | 6,080 SF | N/A |

| | | |
|---|---|---|
| Owner: | OCEAN DEVELOPMENT INC | Seller: ADILIO A CARTAGENA |
| APN: | 6063-008-001 | Document #: 17-1210606 |
| Legal: | Lot:1 Tract No:5756 Map Ref:MB62 PG87City/Muni/Twp:LOS ANGELES | |
| Land Use: | Single Family Residential | Located approximately 0.96 miles from subject property. |

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|-----|---------|------|-------|------|------|--------|-----------|----------|------|
| 19 | 132 E 103RD ST<br>LOS ANGELES, CA 90003 | 10/31/2017 | $122,517 | $150 | 814 | 2/1 | 1924 | 5,276 SF | N/A |

| | | |
|---|---|---|
| Owner: | GW SAN DIEGO PROPERTIES LLC | Seller: EVELYN M DAVIS |
| APN: | 6063-016-012 | Document #: 17-1245973 |
| Legal: | Lot:67 Tract No:5294 Map Ref:MP58 PG51 | |
| Land Use: | Single Family Residential | Located approximately 0.97 miles from subject property. |

## Comparable Sales Data

| No. | Address | Date | Price | $/SF | SqFt | BR/Bth | Year Built | Lot Size | Pool |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 10813 S BUDLONG AVE LOS ANGELES, CA 90044 | 10/11/2017 | $428,000 | $557 | 768 | 2/1 | 1947 | 4,692 SF | N/A |

| | | | |
|---|---|---|---|
| Owner: | DAISY VILLANUEVA DE TORRES, JOSE | Seller: | A & M INVESTMENTS EXCHANGE INC |
| APN: | 6076-002-012 | Document #: | 17-1164478 |
| Legal: | Lot:142 Subdivision:WOODCREST TRACT Map Ref:MB10 PG111 | | |
| Land Use: | Single Family Residential | | Located approximately 0.95 miles from subject property. |

## Market Summary

| No. | Address | Bed | Baths | Page/Grid | SqFt | Doc Num | Price |
|---|---|---|---|---|---|---|---|
| 1 | 816 W 84TH ST, LOS ANGELES CA | 2 | 1 | 704-2B | 788 | 17-1149906 | $370,000 |
| 2 | 210 W 86TH PL, LOS ANGELES CA | 2 | 2 | 704-2C | 736 | 17-1292119 | $559,000 |
| 3 | 242 W 88TH ST, LOS ANGELES CA | 2 | 1 | 704-3C | 812 | 17-1266716 | $321,000 |
| 4 | 161 W 92ND ST, LOS ANGELES CA | 2 | 2 | 704-3C | 1,050 | 17-1217465 | $760,000 |
| 5 | 9026 S BUDLONG AVE, LOS ANGELES CA | 2 | 1 | 704-3A | 910 | 17-1270082 | $355,000 |
| 6 | 139 E CENTURY BLVD, LOS ANGELES CA | 2 | 1 | 704-4C | 962 | 17-1278621 | $369,000 |
| 7 | 127 E COLDEN AVE, LOS ANGELES CA | 3 | 1 | 704-4C | 894 | 17-1230652 | $328,000 |
| 8 | 613 W 99TH ST, LOS ANGELES CA | 2 | 1 | 704-4B | 816 | 17-1151105 | $385,000 |
| 9 | 637 W 99TH ST, LOS ANGELES CA | 2 | 1 | 704-4B | 938 | 17-1112152 | $354,000 |
| 10 | 444 W COLDEN AVE, LOS ANGELES CA | 2 | 1 | - | 943 | 17-1175698 | $237,000 |
| 11 | 1455 W 98TH ST, LOS ANGELES CA | 2 | 1 | 703-4J | 769 | 17-1167230 | $275,000 |
| 12 | 9811 S BUDLONG AVE, LOS ANGELES CA | 3 | 2 | 704-4A | 1,005 | 17-1168369 | $325,000 |
| 13 | 1245 W 101ST ST, LOS ANGELES CA | 2 | 1 | 704-5A | 720 | 17-1094661 | $415,000 |
| 14 | 10522 S BUDLONG AVE, LOS ANGELES CA | 2 | 1 | 704-5A | 933 | 17-1148476 | $305,000 |
| 15 | 1143 W 102ND ST, LOS ANGELES CA | 2 | 1 | 704-5A | 929 | 17-1269516 | $237,500 |
| 16 | 834 W 106TH ST, LOS ANGELES CA | 2 | 2 | 704-5B | 944 | 17-1175943 | $420,000 |
| 17 | 844 W 107TH ST, LOS ANGELES CA | 2 | 1 | 704-5A | 1,030 | 17-1245858 | $400,000 |
| 18 | 156 E 101ST ST, LOS ANGELES CA | 2 | 1 | 704-5C | 959 | 17-1210606 | $303,000 |
| 19 | 132 E 103RD ST, LOS ANGELES CA | 2 | 1 | 704-5C | 814 | 17-1245973 | $122,517 |
| 20 | 10813 S BUDLONG AVE, LOS ANGELES CA | 2 | 1 | 704-5A | 768 | 17-1164478 | $428,000 |

Data Deemed Reliable, But Not Guaranteed.
Copyright © 2004-2017 Lender Processing Services, Inc. All Rights Reserved. All other trademarks and copyrights are the property of their respective holders.
12/01/2017 14:51:51 PM
Customer Service Rep