| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julian Bach**    BAR ID: 162421<br>Law Office of Julian Bach<br>7911 Warner Avenue<br>Huntington Beach, CA 92647<br>**Telephone # 714-848-5085**    Fax #  714-848-5086<br>E-Mail: Julian@jbachlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | **FILED & ENTERED**<br><br>**DEC 07 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JULIAN D DOMINGO<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:17-bk-23975-WB<br>CHAPTER: 13<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE:   December 5, 2017<br>TIME:   10:00 a.m.<br>COURTROOM: 1375<br>PLACE:  U.S. Bankruptcy Court<br>           255 East Temple Street<br>           Los Angeles, CA |
|---|---|
| **Movant:** AEGIS ASSET BACKED SECURITIES, LLC | |

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:
   11511 Banyan Rim Dr, Whittier, California 90601

   Legal description: Lot 42 Of Tract No. 29956, In The County of Los Angeles, State of California, As Per Map Recorded In Book 902, Pages 23 Through 27 Inclusive Of Maps, In The Office of The County Recorder Of Said County

3. The Motion is denied:   ☒ without prejudice   ☐ with prejudice   ☒ on the following grounds:
   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☒ Lack of proper service
   d. ☐ Lack of good cause shown for relief from stay
   e. ☐ No stay is in effect under:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 1                              F 4001-1.RFS.DENY.ORDER

      (1) ☐ 11 U.S.C. § 362(c)(2)(A)

      (2) ☐ 11 U.S.C. § 362(c)(2)(B)

      (3) ☐ 11 U.S.C. § 362(c)(3)(A)

      (4) ☐ 11 U.S.C. § 362(c)(4)(A)

  f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: December 7, 2017

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*      Page 2      **F 4001-1.RFS.DENY.ORDER**