# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7911 Warner Avenue, Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 12/08/2017___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry                     trustee13la@aol.com
Remo G Tabello                    windsorrtistmgmt@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 12/08/2017___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| (Debtor) | (Chapter 13 Trustee) | (Borrower) | Remo G Tabello |
|---|---|---|---|
| Julian D Domingo | Nancy K Curry | 3424 Cortez, LLC | 835 Wilshire Blvd #400 |
| 11511 Banyan Rim Dr | 1000 Wilshire Blvd., Suite 870 | Attn: Roderick R Salazar | Los Angeles, CA 90017 |
| Whittier, CA 90601 | Los Angeles, CA 90017 | 11511 Banyan Rim Dr | [Via U.S. Mail] |
| [Via U.S. Mail] | [Via U.S. Mail] | Whittier, CA 90601 | |
|  |  | [Via U.S. Mail] | |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/08/2017 | Julian Bach | /s/ Julian Bach |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                          Page 12                                F 4001-1.RFS.RP.MOTION

## CONTINUED SERVICE LIST BY U.S. MAIL

(Borrower)
Roderick R Salazar,
Agent For Service of Process
3424 Cortez LLC
3424 E Cortez St
West Covina, CA 91791
[Via U.S. Mail]

### U.S. BANKRUPTCY JUDGE: SERVED BY U.S. MAIL
Chambers of the Honorable Julia W Brand
U.S. Bankruptcy Court - Los Angeles Division
255 East Temple Street, Suite 1382
Los Angeles, California 90012
Attn: Chambers copies