JULIAN BACH, BAR NO. 162421
LAW OFFICE OF JULIAN BACH
7911 Warner Avenue
Huntington Beach, California 92647
Telephone: (714) 848-5085
Facsimile: (714) 848-5086

Attorney for Movant,
AEGIS ASSET BACKED SECURITIES, LLC

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-23975-WB |
| JULIAN D DOMINGO, | Chapter 13 |
| Debtor. | **DECLARATION OF JULIAN BACH RE COMPLIANCE WITH LOCAL RULE 9013-1(l)** |
| | Date: January 9, 2018 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1375 |
| | U.S. Bankruptcy Court |
| | 255 E Temple Street |
| | Los Angeles, CA |

1

## DECLARATION OF JULIAN BACH

I, Julian Bach, declare as follows:

1.  I am over the age of eighteen and have personal knowledge of the facts contained in this declaration, and if called upon to testify thereto I could and would testify competently to the facts contained herein.

2.  I am an attorney licensed and in good standing with the State of California to appear before this Court. I have at all times been attorney of record for Movant Aegis Asset Backed Securities, LLC ("Movant") in this proceeding. I file this Declaration in compliance with Local Bankruptcy Rule 9013-1(l) regarding Movant's Motion For Relief From the Automatic Stay that was previously denied in this proceeding.

3.  Movant previously filed a Motion For Relief From the Automatic Stay at the outset of this proceeding regarding the subject property on November 17, 2017 [**Docket No. 10**], with a hearing date of December 5, 2017, using this Court's self-calendaring system for matters to be heard on shortened Notice, due to a purported unauthorized transfer of a partial interest in the subject property from Movant's borrower to this Debtor just days before the filing of this bankruptcy and on the eve of a pending nonjudicial foreclosure sale. The Motion was denied due to insufficient service of process of the moving papers and notice to all responding parties. No ruling was made by this Court on the merits of the Motion.

4.  The Motion is now being re-set as a regularly noticed Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December, 2017, at Huntington Beach, California.

_____
Julian Bach, Declarant

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

7911 Warner Avenue, Huntington Beach, CA 92647

A true and correct copy of the foregoing document described as **DECLARATION OF JULIAN BACH RE: COMPLIANCE WITH LOCAL RULE 9013-1(l)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____December 8, 2017____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nancy K Curry                    trustee13la@aol.com
Remo G Tabello                  windsorrtistmgmt@gmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~** (indicate method for each person or entity served):
On ____12/08/2017____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| (Debtor) | (Chapter 13 Trustee) | (Borrower) | Remo G Tabello |
|---|---|---|---|
| Julian D Domingo | Nancy K Curry | 3424 Cortez, LLC | 835 Wilshire Blvd #400 |
| 11511 Banyan Rim Dr | 1000 Wilshire Blvd., Suite 870 | Attn: Roderick R Salazar | Los Angeles, CA 90017 |
| Whittier, CA 90601 | Los Angeles, CA 90017 | 11511 Banyan Rim Dr | [Via U.S. Mail] |
| [Via U.S. Mail] | [Via U.S. Mail] | Whittier, CA 90601 | |
| | | [Via U.S. Mail] | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/08/2017 | Julian Bach | /s/ Julian Bach |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.
June 2014

## CONTINUED SERVICE LIST BY U.S. MAIL

(Borrower)
Roderick R Salazar,
Agent For Service of Process
3424 Cortez LLC
3424 E Cortez St
West Covina, CA 91791
[Via U.S. Mail]

### U.S. BANKRUPTCY JUDGE: SERVED BY U.S. MAIL
Chambers of the Honorable Julia W Brand
U.S. Bankruptcy Court - Los Angeles Division
255 East Temple Street, Suite 1382
Los Angeles, California 90012
Attn: Chambers copies