United States Bankruptcy Court
Central District of California

In re:                                                                                  Case No. 17-23975-WB
Julian D Domingo                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin             Page 1 of 1              Date Rcvd: Dec 07, 2017
                              Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db             +Julian D Domingo,    11511 Banyan Rim Dr,    Whittier, CA 90601-1783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
              Bhagwati  Barot    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
               N.A., c/o AIS Portfolio Services, LP bbarot@aissolution.com
              Julian K Bach    on behalf of Creditor    Courtesy NEF Julian@Jbachlaw.com,
               julianbach@sbcglobal.net
              Julian K Bach    on behalf of Creditor    AEGIS ASSET BACKED SECURITIES, LLC Julian@Jbachlaw.com,
               julianbach@sbcglobal.net
              Nancy K Curry (TR)    TrusteeECFMail@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julian Bach**          BAR ID: 162421<br>Law Office of Julian Bach<br>7911 Warner Avenue<br>Huntington Beach, CA 92647<br>**Telephone # 714-848-5085**     Fax #  714-848-5086<br>E-Mail: Julian@jbachlaw.com | **FILED & ENTERED**<br><br>DEC 07 2017<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JULIAN D DOMINGO<br><br><br><br><br><br><br><br><br>                                                       Debtor(s). | CASE NO.: 2:17-bk-23975-WB<br>CHAPTER: 13<br><br>**ORDER DENYING MOTION FOR**<br>**RELIEF FROM THE AUTOMATIC STAY**<br>**UNDER 11 U.S.C. § 362**<br><br>DATE:  December 5, 2017<br>TIME:   10:00 a.m.<br>COURTROOM: 1375<br>PLACE:  U.S. Bankruptcy Court<br>              255 East Temple Street<br>              Los Angeles, CA |
| **Movant:** AEGIS ASSET BACKED SECURITIES, LLC | |

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*
   11511 Banyan Rim Dr, Whittier, California 90601

   Legal description: Lot 42 Of Tract No. 29956, In The County of Los Angeles, State of California, As Per Map Recorded In Book 902, Pages 23 Through 27 Inclusive Of Maps, In The Office of The County Recorder Of Said County

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☒ on the following grounds:

   a.  ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b.  ☐ Unexcused non-appearance by Movant

   c.  ☒ Lack of proper service

   d.  ☐ Lack of good cause shown for relief from stay

   e.  ☐ No stay is in effect under:

---
This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

    (1) ☐ 11 U.S.C. § 362(c)(2)(A)

    (2) ☐ 11 U.S.C. § 362(c)(2)(B)

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: December 7, 2017

*/s/ Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*     Page 2     **F 4001-1.RFS.DENY.ORDER**